FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Robert Aaron Dixon Jr.

CV422 258

(Enter above full name of plaintiff or plaintiffs)

v.

Correchealth, Chatham County Detention Center.

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2022 OCT 28 AM 10:52 CLERK SO. DIST. OF GA.

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ____ No __X__

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

    2. Court (if federal court, name the district; if state court, name the county): N/A

    3. Docket number: N/A

    4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ___ No _X_

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _X_ No ___

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: Robert Aaron Dixon Jr

Defendants: Chatham County Detention Center, Sheriff John T. Wilcher, Corporal Smalls

2. Court (name the district):
United States District Court Savannah Division

3. Docket number: N/A

4. Name of judge assigned to case: Judge Christopher Ray

5. Disposition (for example, was the case dismissed? appealed? is it still pending?):
Dismissed

6. Approximate date of filing lawsuit: November 2020

2

7. Approximate date of disposition: January 2022

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes **X** No ___

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ___ No **X**

1. If your answer to C is yes, name the court and docket number for each case:

N/A          N/A

II. Place of present confinement: Chatham County Detention Center

A. Is there a prisoner grievance procedure in this institution? Yes **X** No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes **X** No ___

C. If your answer to B is yes:

1. What steps did you take? 1) I went on the Kiosk to place in a medical request. 2) Nurses responded and ask me questions resulting to the initial complaint. 3) Nurses than advised me to inform the wing officer. 4) After informing the wing officer the nurse placed me to be seen by the doctor.

2. What was the result? I was never seen by the doctor in this case.

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes _X_ No ___

If yes, what was the result? _I was able to see the doctor and test was ran which resulted into me having hypertension._

D. If you did not utilize the prison grievance procedure, explain why not: _N/A_

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Robert Aaron Dixon Jr
   Address: Chatham County Detention Center
   1050 Carl Griffin Drive
   Savannah Georgia 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Correchealth
   Position: Healthcare Provider
   Place of employment: Chatham County Detention Center
   Current address: 1050 Carl Griffin Drive
   Savannah Georgia 31405

C. Additional defendants: N/A

4

IV:   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

While housed in unit two which is the intake classification dorm I was having slight chest pain but nothing major. I placed on the kiosk to be seen in sick call. The nurse responded back asking me when does the pain begin and other questions involving the pain. I answered all questions the nurse then said to inform the wing officer. I informed the wing officer which they had signaled for a nurse no nurse showed up. I was then moved one week later I informed I needed to see a doctor because I was still having this pain in my chest. I was charged $5.00 for asking to be seen and I was never seen. Until one month later I was seen and the doctor ran multiple test. The test that was ran resulted into me having hypertension which is known as high blood pressure. For every sick call request that was placed $5.00 was taken even with them not seeing me in medical or signing a refusal form.

5

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for this court to have them repay me for every fee that they took which resulted to $20.00 and $5,000.00 for taking my health for granted and not seeing me as they should have.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of October, 20 22.

Prisoner No. P1906321

(Signature of Plaintiff)

6

JACKSONVILLE FL 320
26 OCT 2022 PM 4

RECEIVED

United States District Court
P O Box 8286
Savannah Georgia 31412

U.S. Marshals Service
Savannah, Georgia

31412-828686

Robert A Dixon Jr
1050 Carl Griffin Drive
Savannah Georgia 31405