AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT AARON DIXON, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV422-258

CORRECHEALTH,

Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated January 31, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint without prejudice. This action stands closed.



January 31, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020